9 A.3d 1025

IN THE MATTER OF RICHARD K. CREAMER, AN ATTORNEY AT LAW (ATTORNEY NO. 000542005).

January 10, 2011.

## ORDER

**RICHARD K. CREAMER of PHILADELPHIA, PENNSYL-VANIA,** who was admitted to the bar of this State in 2005, having been convicted in the United States District Court for the Eastern

District of Pennsylvania of one count of conspiracy to manufacture 1000 or more marijuana plants, in violation of 21 *U.S.C.* § 846, and one count of maintaining a structure for the manufacture of a controlled substance, in violation of 21 *U.S.C.* § 856(a)(2), and good cause appearing;

It is ORDERED that pursuant to Rule 1:20–13(b)(1), **RICHARD K. CREAMER** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **RICHARD K. CREAMER** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **RICHARD K. CREAMER** comply with *Rule* 1:20–20 dealing with suspended attorneys.